JONATHAN E. ROBINSON et al., as Executors, etc., Respondents, *v.* EPHRAIM A. SMITH et al., Appellants.

(Argued January 29, 1885 ; decided March 3, 1885.)

*Matthew Hale* for appellants.

*Frank S. Smith* for respondents.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.

---

ADELAIDE R. KENNY, Respondent, *v.* EDWIN A. WEED et al., Appellants.

(Argued February 3, 1885 ; decided March 3, 1885.)

*W. Bourke Cochran* for appellants.

*W. C. Beecher* for respondent.

Agree to affirm ; no opinion.
All concur.
Order affirmed.

---

JENNIE ROAT, Appellant, *v.* J. R. VAN DUZER et al., Respondents.

SAME, Appellant, *v.* SAME, Respondents.

*William F. O'Neil* for appellant.

*T. A. Read* for respondents.

Agree to dismiss appeals ; no opinion.
All concur.
Appeals dismissed.